

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00264-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.B. AND A.B., CHILDREN | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-653328-18) |
| | § | June 12, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth